UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN RE: | ) Case No: BK 11-82482 |
|---|---|
| SANITARY AND IMPROVEMENT DISTRICT<br>NO. 513 OF DOUGLAS COUNTY,<br>NEBRASKA | ) CHAPTER 9<br>) LIST OF CREDITORS HOLDING 20<br>) LARGEST UNSECURED CLAIMS |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiencyplaces the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child,by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| GOTTSCH ENTERPRISES<br><br>20507 NICHOLAS CIR; SUITE 100 | | Warrants | | $668,194.31 |

1

| | | | | |
|---|---|---|---|---|
| ELKHORN    NE    68022 | | | | |
| A.G. EDWARDS & SONS, INC. C/O WELLS FARGO ADVISORS<br>ATTN: DEBBIE REYNOLDS - MAILCODE MO3880<br>2801 MARKET ST.<br>ST. LOUIS    MO    63103 | | Warrants | | $456,687.41 |
| FIRST CLEARING LLC C/O WELLS FARGO ADVISORS<br>ATTN: DEBBIE REYNOLDS - MAILCODE MO3880<br>2801 MARKET ST.<br>ST. LOUIS    MO    63103 | | Warrants | | $389,583.87 |
| REYNOLD & KATHRYN HOCHSTEIN<br><br>28407 W. MAPLE ROAD<br>WATERLOO    NE    68069 | | Warrants | | $380,895.95 |
| BRETT & STACY GOTTSCH<br><br>20507 NICHOLAS CIR; SUITE 100<br><br>ELKHORN    NE    68022 | | Warrants | | $329,981.30 |
| WILLIAM GOTTSCH<br>20507 NICHOLAS CIR; SUITE 100<br><br>ELKHORN    NE    68022 | | Warrants | | $320,572.00 |
| ROBERT L. GOTTSCH<br>PO BOX 1128<br>HASTINGS    NE    68902 | | Warrants | | $320,572.00 |
| FIRSTIER BANK<br>ATTN: JODY    PO BOX 730<br>KIMBALL    NE    69145 | | Warrants | | $171,735.00 |
| WILLIAM L. GREWCOCK<br>2123 MULLEN ROAD<br>OMAHA NE    68124 | | Warrants | | $167,231.33 |
| LYLE & AUDRA HANSEN<br>4512 E. 42nd ST; 208<br>SIOUX FALLS    SD    57110 | | Warrants | | $150,844.30 |

Case 11-82482    Doc 3    Filed 09/30/11    Entered 09/30/11 12:58:50    Desc Main
                                  Document           Page 3 of 6

| | | | | |
|---|---|---|---|---|
| MARILYN Y MAGID TTEE<br>MARILYN Y MAGID REVOC TRUST<br><br>1 RESEARCH CENTER<br>MARION      IA    52302 | | Warrants | | $121,225.24 |
| CENSTAT FINANCIAL INC.<br>ATTN: JAMIE AMODEO<br>PO BOX 34350<br>OMAHA NE    68134 | | Warrants | | $114,490.00 |
| BRETT GOTTSCH CUST<br>P.G. a Minor Child<br>20507 NICHOLAS CIR; SUITE 100<br><br>ELKHORN      NE    68022 | | Warrants | | $80,750.68 |
| TD AMERITRAD FBO KNAPP FAMILY TRUST<br>ATTN: CAGE<br>1005 N AMERITRADE PLACE<br>BELLEVUE      NE    68005 | | Warrants | | $80,143.00 |
| LOIS GOTTSCH<br>20507 NICHOLAS CIR; SUITE 100<br><br>ELKHORN      NE    68022 | | Warrants | | $80,143.00 |
| SECURITY NATIONAL BANK<br>ATTN: LISA SALCEDO<br>PO BOX 31400<br>OMAHA NE    68131 | | Warrants | | $78,643.28 |
| BRETT GOTTSCH CUST<br>H.G. a Minor Child<br>20507 NICHOLAS CIR; SUITE 100<br><br>ELKHORN      NE    68022 | | Warrants | | $71,454.25 |
| DOUGLAS & MICHELLE GREWCOCK<br><br>16334 HASCALL ST.<br>OMAHA NE    68130 | | Warrants | | $65,383.76 |
| WILLIAM R. HENGSTLER | | Warrants | | $57,245.00 |

| | | | | |
|---|---|---|---|---|
| PO BOX 105<br>CREIGHTON    NE    68729 | | | | |
| BRUCE GREWCOCK<br>13421 HAMILTON ST<br>OMAHA NE    68154 | | Warrants | | $57,245.00 |
| | | | | |

SANITARY AND IMPROVEMENT DISTRICT NO. 513 OF DOUGLAS COUNTY, NEBRASKA,

Dated this 30th day of September, 2011

By: /s/Brian C. Doyle
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402)-334-0815
brian@fdjlaw.com
Attorney for said Debtor

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A MUNICIPALITY

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Statement of Qualification and that it is true and correct to the best of information and belief.

Date September 30, 2010
By ___/s/Brett Gottsch
Name: Brett Gottsch
Title: Chairman – Board of Trustees

4

1