In re  Sanitary and Improvement Dist. No. 513         ,    Case No. _____
                        Debtor                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A.G. EDWARDS & SONS, INC. C/O WELLS FARGO ADVISORS <br> ATTN: DEBBIE REYNOLDS - MAILCODE M03880 <br> 2801 MARKET ST. <br> ST. LOUIS, MO 63103 | | | | | | | $456,687.41 |
| ACCOUNT NO. <br> DALE L ZADINA TTEE <br> DALE L ZADINA TRUST U/A <br> 47832 MILL ROAD <br> ORD, NE 68862 | | | | | | | $45,796.00 |
| ACCOUNT NO. <br> FIRST CLEARING LLC C/O WELLS FARGO ADVISORS <br> ATTN: DEBBIE REYNOLDS - MAILCODE M03880 <br> 2801 MARKET ST. <br> ST. LOUIS, MO 63103 | | | | | | | $389,583.87 |
| ACCOUNT NO. <br> PERSHING LLC <br> ATTN: BOND REMPTIONS - PHIL WESTBROOL/MARIA BECARIA <br> 300 COLONIAL CENTER Pkwy - 4th FLOOR <br> LAKE MARY, FL 32746 | | | | | | | $22,898.00 |
| | | | | | | Subtotal➤ | $ 914,965.28 |

___10___ continuation sheets attached

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513  ,  Case No. _____
          Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JEAN BUTTERFIELD <br> 9 LOST SPIKE Ct <br> CAMDENTON, MO 65020-4096 | | | | | | | $34,347.00 |
| ACCOUNT NO. <br> JOSEFINA L. DURIN TTEE <br> JOSEFINA L. DURIN REVOCABLE INTERVIVOS TRUST <br> 3600 HONEYHILL Dr. SE <br> CEDAR RAPIDS, IA 52403-1920 | | | | | | | $20,068.75 |
| ACCOUNT NO. <br> ELAINE GLAZIER & JOHN MONTICONE TTEES <br> YOUVILLEHOUSE <br> 1573 CAMBRIDGE St.; APT 306 <br> CAMBRIDGE, MA 02138-4379 | | | | | | | $10,438.86 |
| ACCOUNT NO. <br> JARED S. HILLS TTEE <br> JARED S. HILLS REVOC TRUST <br> 2008 BALSAM DR. SW <br> CEDAR RAPIDS, IA 52404-2536 | | | | | | | $49,057.63 |
| ACCOUNT NO. <br> MARILYN Y MAGID TTEE <br> MARILYN Y MAGID REVOC TRUST <br> 1 RESEARCH CENTER <br> MARION, IA 52302 | | | | | | | $121,225.24 |

Sheet no.  1  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 235,137.48

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Sanitary and Improvement Dist. No. 513 ,          Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALEX A. MEYER TTEE<br>ALEX A. MEYER REV TRUST<br>PO BOX 67<br>MIDDLE AMANA, IA 52307-0067 | | | | | | | $22,898.00 |
| ACCOUNT NO.<br>THOMAS D. & JANICE K. SCHLESSELMAN<br>JT TEN WROS<br>741 SEMINOLE DR<br>FREEPORT, IL 61032-7131 | | | | | | | $11,984.82 |
| ACCOUNT NO.<br>BONNIE K. SCHMIDT<br>3575 COTTAGE GROVE AVE. SE<br>CEDAR RAPIDS, IA 52403-1650 | | | | | | | $22,898.00 |
| ACCOUNT NO.<br>TD AMERITRAD FBO KNAPP FAMILY TRUST<br>ATTN: CAGE<br>1005 N AMERITRADE PLACE<br>BELLEVUE, NE 68005 | | | | | | | $80,143.00 |
| ACCOUNT NO.<br>WELLS FARGO BANK N.A. FBO<br>LAWRENCE D & MARY T. FELDHACKER<br>PO BOX 1450 WF9919<br>MINNEAPOLIS, MN 55485-9919 | | | | | | | $22,898.00 |

Sheet no. 2 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 160,821.82

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513  ,        Case No. _____
        Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ROBERT M. URWILLER<br>16151 EAGLE RIDGE DRIVE<br>SURPRISE, AZ 85374 | | | | | | | $53,783.79 |
| ACCOUNT NO.<br>WILLIAM R. HENGSTLER<br>PO BOX 105<br>CREIGHTON, NE 68729 | | | | | | | $57,245.00 |
| ACCOUNT NO.<br>BRETT GOTTSCH CUST<br>P.G. a Minor Child<br>20507 NICHOLAS CIR; SUITE 100<br>ELKHORN, NE 68022 | | | | | | | $80,750.68 |
| ACCOUNT NO.<br>BRETT GOTTSCH CUST<br>H.G. a Minor Child<br>20507 NICHOLAS CIR; SUITE 100<br>ELKHORN, NE 68022 | | | | | | | $71,454.25 |
| ACCOUNT NO.<br>BRETT & STACY GOTTSCH<br>20507 NICHOLAS CIR; SUITE 100<br>ELKHORN, NE 68022 | | | | | | | $329,981.30 |

Sheet no. __3__ of __10__ continuation sheets attached    Subtotal➤    $ 593,215.02
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513  ,  Case No. _____
         Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> WILLIAM GOTTSCH <br> 20507 NICHOLAS CIR; SUITE 100 <br> ELKHORN, NE 68022 | | | | | | | $320,572.00 |
| ACCOUNT NO. <br> WILLIAM L. GOTTSCH CUST <br> A.G. a Minor Child <br> 20507 NICHOLAS CIR; SUITE 100 <br> ELKHORN, NE 68022 | | | | | | | $22,898.00 |
| ACCOUNT NO. <br> WILLIAM L. GOTTSCH CUST <br> W.G. a Minor Child <br> 20507 NICHOLAS CIR; SUITE 100 <br> ELKHORN, NE 68022 | | | | | | | $22,898.00 |
| ACCOUNT NO. <br> WILLIAM L. GOTTSCH CUST <br> S.G. a Minor Child <br> 20507 NICHOLAS CIR; SUITE 100 <br> ELKHORN, NE 68022 | | | | | | | $45,796.00 |
| ACCOUNT NO. <br> LOIS GOTTSCH <br> 20507 NICHOLAS CIR; SUITE 100 <br> ELKHORN, NE 68022 | | | | | | | $80,143.00 |

Sheet no. __4__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 492,307.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513  ,           Case No. _____
         Debtor                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> GOTTSCH ENTERPRISES <br> 20507 NICHOLAS CIR; SUITE 100 <br> ELKHORN, NE 68022 | | | | | | | $668,194.31 |
| ACCOUNT NO. <br> HAROLD & SHIRLEY BUTTON <br> 835 SO. 11TH ST. <br> ADEL, IA 50003 | | | | | | | $5,734.37 |
| ACCOUNT NO. <br> MICHAEL M. ERMAN <br> 8748 FREDERICK ST. <br> OMAHA, NE 68124 | | | | | | | $52,368.19 |
| ACCOUNT NO. <br> DOUGLAS & MICHELLE GREWCOCK <br> 16334 HASCALL ST. <br> OMAHA, NE 68130 | | | | | | | $65,383.76 |
| ACCOUNT NO. <br> BRUCE GREWCOCK <br> 13421 HAMILTON ST <br> OMAHA, NE 68154 | | | | | | | $57,245.00 |

Sheet no. __5__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 848,925.63

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513  ,    Case No. _____
                     **Debtor**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> WILLIAM L. GREWCOCK <br> 2123 MULLEN ROAD <br> OMAHA, NE 68124 | | | | | | | $167,231.33 |
| ACCOUNT NO. <br> SECURITY NATIONAL BANK <br> ATTN: LISA SALCEDO <br> PO BOX 31400 <br> OMAHA, NE 68131 | | | | | | | $78,643.28 |
| ACCOUNT NO. <br> A. ROBERT THOMAS <br> 2940 S. 101ST ST. <br> OMAHA, NE 68124 | | | | | | | $57,017.62 |
| ACCOUNT NO. <br> ILLO & MERILYN MITCHEM <br> 517 S. POPLAR <br> NORTH PLATTE, NE 69101 | | | | | | | $5,999.33 |
| ACCOUNT NO. <br> ALFRED SWANSON <br> 1501 S. 1ST ST <br> NORTH PLATTE, NE 69101 | | | | | | | $11,449.00 |

Sheet no. __6__ of __10__ continuation sheets attached          Subtotal➤    $ 320,340.56
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                         Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513  ,  Case No. _____
     Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ANITA SWANSON<br>1501 S. 1ST ST<br>NORTH PLATTE, NE 69101 | | | | | | | $34,347.00 |
| ACCOUNT NO.<br>DENNIS & GAYLENE LOMBARDI<br>517 S. POPLAR<br>NORTH PLATTE, NE 69101 | | | | | | | $34,347.00 |
| ACCOUNT NO.<br>ROBERT L. GOTTSCH<br>PO BOX 1128<br>HASTINGS, NE 68902 | | | | | | | $320,572.00 |
| ACCOUNT NO.<br>BPU PARTNERSHIP<br>15728 L ST<br>OMAHA, NE 68135 | | | | | | | $57,245.00 |
| ACCOUNT NO.<br>REYNOLD & KATHRYN HOCHSTEIN<br>28407 W. MAPLE ROAD<br>WATERLOO, NE 68069 | | | | | | | $380,895.95 |

Sheet no. 7 of 10 continuation sheets attached  
to Schedule of Creditors Holding Unsecured  
Nonpriority Claims

Subtotal▶ $ 827,406.95

Total▶ $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513  ,          Case No. _____
                        **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ROBERT & FRANCES GRABBERT<br>713 N. 75th ST<br>OMAHA, NE 68114 | | | | | | | $45,796.00 |
| ACCOUNT NO.<br>RITA A. LORENZ<br>12215 N. 60TH ST<br>OMAHA, NE 68152 | | | | | | | $11,449.00 |
| ACCOUNT NO.<br>CENSTAT FINANCIAL INC.<br>ATTN: JAMIE AMODEO<br>PO BOX 34350<br>OMAHA, NE 68134 | | | | | | | $114,490.00 |
| ACCOUNT NO.<br>RALPH F. WODDARD<br>16904 O CIR.<br>OMAHA, NE 68135 | | | | | | | $11,449.00 |
| ACCOUNT NO.<br>MASTER FARMS LLC<br>80152 NINE MILE AVE.<br>ARCADIA, NE 68815 | | | | | | | $34,347.00 |

Sheet no. __8__ of __10__ continuation sheets attached          Subtotal>      $ 217,531.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                 Total>       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Case 11-82482    Doc 4    Filed 09/30/11    Entered 09/30/11 13:07:29    Desc Main
Document    Page 10 of 11

In re  Sanitary and Improvement Dist. No. 513  ,  Case No. _____
              Debtor                                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LYLE & AUDRA HANSEN<br>4512 E. 42nd ST; 208<br>SIOUX FALLS, SD 57110 | | | | | | | $150,844.30 |
| ACCOUNT NO.<br>FIRSTIER BANK<br>ATTN: JODY<br>PO BOX 730<br>KIMBALL, NE 69145 | | | | | | | $171,735.00 |
| ACCOUNT NO.<br>VAN & DEBRA NERLAND<br>38546 128TH ST<br>ABERDEEN, SD 57401 | | | | | | | $23,308.82 |
| ACCOUNT NO.<br>DELPHIN SOMMERHALDER<br>1301 BYRON NELSON PKWY<br>SOUTH LAKE, TX 76092 | | | | | | | $34,347.00 |
| ACCOUNT NO.<br>PEARLE GERDES TRUST<br>1724 P ST.<br>AUBURN, NE 68308 | | | | | | | $34,347.00 |

Sheet no. __9__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 414,582.12

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Sanitary and Improvement Dist. No. 513         ,        Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HARRY PICKREL JR.<br>1304 ROAD 24<br>BENEDICT, NE 68316 | | | | | | | $49,302.95 |
| ACCOUNT NO.<br>DAVID C. MYERS<br>12104 MADELEINE CIR<br>DALLAS, TX 75230 | | | | | | | $11,449.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __10__ of __10__ continuation sheets attached       Subtotal▶    $ 60,751.95
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶    $ 5,085,984.81
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)