UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No: BK 11-82482 |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT | ) | CHAPTER 9 |
| NO. 513 OF DOUGLAS COUNTY, | ) | |
| NEBRASKA | ) | VERIFICATION OF CREDITOR MATRIX |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A MUNICIPALITY

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the following Creditor Matrix and that it is true and correct to the best of information and belief.

Date September 30, 2011
By ___/s/Brett Gottsch_____
Name: Brett Gottsch
Title: Chairman – Board of Trustees


SANITARY AND IMPROVEMENT DISTRICT NO. 513 OF DOUGLAS COUNTY, NEBRASKA,

Dated this 30th day of September, 2011

By: /s/Brian C. Doyle_____
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402)-334-0815
brian@fdjlaw.com
Attorney for said Debtor

1

A. ROBERT THOMAS
2940 S. 101ST ST.
OMAHA, NE 68124

A.G. EDWARDS & SONS, INC. C/O WELLS FARGO ADVISORS
ATTN: DEBBIE REYNOLDS - MAILCODE MO3880
2801 MARKET ST.
ST. LOUIS, MO 63103

ALEX A. MEYER TTEE
ALEX A. MEYER REV TRUST
PO BOX 67
MIDDLE AMANA, IA 52307-0067

ALFRED SWANSON
1501 S. 1ST ST
NORTH PLATTE, NE 69101

ANITA SWANSON
1501 S. 1ST ST
NORTH PLATTE, NE 69101

BONNIE K. SCHMIDT
3575 COTTAGE GROVE AVE. SE
CEDAR RAPIDS, IA 52403-1650

BPU PARTNERSHIP
15728 L ST
OMAHA, NE 68135

BRETT & STACY GOTTSCH
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

BRETT GOTTSCH CUST
P.G. a Minor Child
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

BRETT GOTTSCH CUST
H.G. a Minor Child
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

BRUCE GREWCOCK
13421 HAMILTON ST
OMAHA, NE 68154

CENSTAT FINANCIAL INC.
ATTN: JAMIE AMODEO
PO BOX 34350
OMAHA, NE 68134

Dale L Zadina ttee
Dale L Zadina Trust U/A
47832 Mill Road
ORD, NE 68862

DAVID C. MYERS
12104 MADELEINE CIR
DALLAS, TX 75230

DELPHIN SOMMERHALDER
1301 BYRON NELSON PKWY
SOUTH LAKE, TX 76092

DENNIS & GAYLENE LOMBARDI
517 S. POPLAR
NORTH PLATTE, NE 69101

DOUGLAS & MICHELLE GREWCOCK
16334 HASCALL ST.
OMAHA, NE 68130

ELAINE GLAZIER & JOHN MONTICONE TTEES
YOUVILLEHOUSE
1573 CAMBRIDGE St.; APT 306
CAMBRIDGE, MA 02138-4379

FIRST CLEARING LLC C/O WELLS FARGO ADVISORS
ATTN: DEBBIE REYNOLDS - MAILCODE MO3880
2801 MARKET ST.
ST. LOUIS, MO 63103

FIRSTIER BANK
ATTN: JODY
PO BOX 730
KIMBALL, NE 69145

GOTTSCH ENTERPRISES
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

HAROLD & SHIRLEY BUTTON

835 SO. 11TH ST.
ADEL, IA 50003

HARRY PICKREL JR.
1304 ROAD 24
BENEDICT, NE 68316

ILLO & MERILYN MITCHEM
517 S. POPLAR
NORTH PLATTE, NE 69101

JARED S. HILLS TTEE
JARED S. HILLS REVOC TRUST
2008 BALSAM DR. SW
CEDAR RAPIDS, IA 52404-2536

JEAN BUTTERFIELD
9 LOST SPIKE Ct
CAMDENTON, MO 65020-4096

JOSEFINA L. DURIN TTEE
JOSEFINA L. DURIN REVOCABLE INTERVIVOS TRUST
3600 HONEYHILL Dr. SE
CEDAR RAPIDS, IA 52403-1920

LOIS GOTTSCH
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

LYLE & AUDRA HANSEN
4512 E. 42nd ST; 208
SIOUX FALLS, SD 57110

MARILYN Y MAGID TTEE
MARILYN Y MAGID REVOC TRUST
1 RESEARCH CENTER
MARION, IA 52302

MASTER FARMS LLC
80152 NINE MILE AVE.
ARCADIA, NE 68815

MICHAEL M. ERMAN
8748 FREDERICK ST.
OMAHA, NE 68124

PEARLE GERDES TRUST

1724 P ST.
AUBURN, NE 68308

PERSHING LLC
ATTN: BOND REMPTIONS - PHIL WESTBROOL/MARIA BECARIA
300 COLONIAL CENTER Pkwy - 4th FLOOR
LAKE MARY, FL 32746

RALPH F. WODDARD
16904 O CIR.
OMAHA, NE 68135

REYNOLD & KATHRYN HOCHSTEIN
28407 W. MAPLE ROAD
WATERLOO, NE 68069

RITA A. LORENZ
12215 N. 60TH ST
OMAHA, NE 68152

ROBERT & FRANCES GRABBERT
713 N. 75th ST
OMAHA, NE 68114

ROBERT L. GOTTSCH
PO BOX 1128
HASTINGS, NE 68902

ROBERT M. URWILLER
16151 EAGLE RIDGE DRIVE
SURPRISE, AZ 85374

SECURITY NATIONAL BANK
ATTN: LISA SALCEDO
PO BOX 31400
OMAHA, NE 68131

TD AMERITRAD FBO KNAPP FAMILY TRUST
ATTN: CAGE
1005 N AMERITRADE PLACE
BELLEVUE, NE 68005

THOMAS D. & JANICE K. SCHLESSELMAN
JT TEN WROS
741 SEMINOLE DR
FREEPORT, IL 61032-7131

VAN & DEBRA NERLAND
38546 128TH ST
ABERDEEN, SD 57401

WELLS FARGO BANK N.A. FBO
LAWRENCE D & MARY T. FELDHACKER
PO BOX 1450 WF9919
MINNEAPOLIS, MN 55485-9919

WILLIAM GOTTSCH
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

WILLIAM L. GOTTSCH CUST
S.G. a Minor Child
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

WILLIAM L. GOTTSCH CUST
A.G. a Minor Child
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

WILLIAM L. GOTTSCH CUST
W.G. a Minor Child
20507 NICHOLAS CIR; SUITE 100
ELKHORN, NE 68022

WILLIAM L. GREWCOCK
2123 MULLEN ROAD
OMAHA, NE 68124

WILLIAM R. HENGSTLER
PO BOX 105
CREIGHTON, NE 68729