UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | Case No: BK 11-82482 |
| ) | |
| ) | CHAPTER 9 |
| SANITARY AND IMPROVEMENT DISTRICT ) | |
| NO. 513 OF DOUGLAS COUNTY, ) | AFFIDAVIT |
| NEBRASKA ) | |

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF DOUGLAS    )

Brian C. Doyle, being first duly sworn upon his oath, who alleges and states as follows:

1. I am of legal age and competent to testify. If called to testify I could testify to the following facts and can produce all of the documents in support thereof.

2. I am the attorney of record for the Debtor, Sanitary and Improvement District No. 513 of Douglas County, Nebraska.

3. I submitted a Disclosure Statement, Plan of Adjustment and Ballot for Accepting or Rejecting Plan to all of the creditor's of the Debtor.

4. I submitted a total of 51 ballots to the Debtor's creditors.

5. I have received and have in my possession 37 ballots voting in favor of the Plan and no ballots voting to disapprove the Plan.

6. If required I can produce all of the Ballots which are in my possession.

-2-

        Further, Affiant sayeth not.

        Dated this 30th day of September 2011.
        By:  /s/Brian C. Doyle
           Brian C. Doyle (#23001)
           Fullenkamp, Doyle & Jobeun
           11440 West Center Road
           Omaha, Nebraska 68144
           (402) 334-0700
           Fax: (402)-334-0815
           brian@fdjlaw.com
           Attorney for said Debtor

    Subscribed and sworn to before me, a Notary Public, in and for said County and State this 30th day of September, 2011.

        _/s/Debra K. Leach_____
        NOTARY PUBLIC

My Commission Expires: May 28, 2014
Notarial Seal: _____